**Entered on Docket**
**June 05, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: June 5, 2020

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

Clifford Michael Gordley,

aka Tsoai M Gordley, and

Aliza Alida Gordley,

fka Aliza Gomes,

Debtors.

Case No.: 20-10107-RLE

Chapter: 7

**ORDER VACATING DISCHARGE AND FINAL DECREE AND REOPENING CASE**

On 5/19/2020, the Clerk's Office inadvertently entered the Discharge of Debtor and Final Decree and closed the above captioned case prematurely prior to the deadline for filing objections to discharge, as extended pursuant to Second Amended General Order 40.

In light of the foregoing, and good cause appearing, IT IS ORDERED that the Discharge of Debtor and Final Decree in the above captioned case is hereby vacated, and the case is reopened.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

All Recipients