

**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: June 8, 2020

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

Clifford Michael Gordley,

aka Tsoai M Gordley,

Aliza Alida Gordley,

fka Aliza Gomes

Debtors.

Case No.: 20-10107-RLE

Chapter: 7

## AMENDED ORDER VACATING DISCHARGE AND
## FINAL DECREE AND REOPENING CASE

On 5/19/2020, the Clerk's Office inadvertently entered the Discharge of Debtor and Final Decree and closed the above captioned case prematurely prior to the deadline for filing complaints objecting to the discharge or to determine dischargeability of debt, as extended pursuant to Second Amended General Order 40.

In light of the foregoing, and good cause appearing, IT IS ORDERED that the Discharge of Debtor and Final Decree in the above captioned case is hereby vacated, and the case is reopened.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

All Recipients